AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Alain Lareau ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.   2:11-cv-684-RBH |
| Cecelia Reynolds ) | |
| *Respondent* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks is accepted. The petition is dismissed with prejudice. The Petitioner shall take nothing on his petition filed pursuant to Title 28 U.S.C. § 2254. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.

Date:   May 24, 2011                                         *CLERK OF COURT*

                                                             s/H. Hillman
                                                             *Signature of Clerk or Deputy Clerk*